# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

132943

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE GABRIELLA JEANNE VALENTE, Minor.

_____

BARBARA ELLEN VALENTE and ROBERT
JOSEPH VALENTE,
        Petitioners-Appellees,

v

                                      SC: 132943
                                      COA: 272058
                                      Kent CC
                                      Family Division: 05-021576-AY

ROBERT WESLEY ROETMAN,
        Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007 _____

s0130                                           Clerk